THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BRIAN WHITE, | § | |
| | § | |
| v. | § | Civil Action No. 4:22-cv-713-SDJ-KPJ |
| | § | |
| STATEBRIDGE COMPANY, LLC, | § | |
| ET AL. | § | |
| | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 6, 2023, the Magistrate Judge entered proposed findings of fact and a recommendation (the "Report"), (Dkt. #18), that Defendants U.S. Bank National Association, as Trustee for the Registered Holders of MASTR Asset Backed Securities Trust 2007-WMC1 Mortgage Pass-Through Certificates Series 2007-WMC1 ("U.S. Bank") and PHH Mortgage Corporation's ("PHH") motion to dismiss (the "Motion to Dismiss"), (Dkt. #5), should be granted and Plaintiff Brian White's ("Plaintiff") claims against U.S. Bank and PHH be dismissed with prejudice.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

Accordingly, **IT IS ORDERED** that the Motion to Dismiss, (Dkt. #5), is **GRANTED** and Plaintiff's claims against U.S. Bank and PHH are **DISMISSED WITH PREJUDICE**.

**So ORDERED and SIGNED this 10th day of March, 2023.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE